**FILED**

JUL 11 2008

CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2295-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |
| ARTURO POPOCA-VENCES, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about June 10, 2008, within the Southern District of California, defendant ARTURO POPOCA-VENCES, did willfully and knowingly use passport number 037378652, issued under the authority of the United States, to Larry Michael Ogden, a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: July 11, 2008

KAREN P. HEWITT
UNITED STATES ATTORNEY

for CALEB E. MASON
Assistant U.S. Attorney

CEM:pcf
6/18/08