

AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ARTURO POPOCA-VENCES | |
| | CASE NUMBER: 08 CR 2295-BTM |

I, ARTURO POPOCA-VENCES, the above named defendant, who is accused of

Title 18, U.S.C., Sec. 1544 - Misuse of a Passport

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

X _____
ARTURO POPOCA-VENCES
Defendant

_____
HANNI FAKHOURY
Counsel for Defendant

Before _____
JUDICIAL OFFICER